**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JAMES COLLINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 1:06-cv-006-SEB-VSS |
| | ) | |
| MARK A. BEZY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Date: 02/17/2006

Copies to:

James Collins
Reg. No. 10645-026
United States Penitentiary
P.O. Box 12015
Terre Haute, IN 47808

United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808